| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Shea, Edward F. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>03/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Article III Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>825 Jadwin Avenue, Ste. 320<br>Richland, WA 99352 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ▆▆▆▆ - Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 2. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 3. Northwestern Mutual Life Insurance - Whole Life Insurance | B | Dividend | L | T | | | | | |
| 4. Prudential Life Insurance - Whole Life Insurance | A | Dividend | K | T | | | | | |
| 5. South Boston Savings Bank Life Ins - Whole Life Insurance | A | Dividend | J | T | | | | | |
| 6. GESA Credit Union | A | Interest | J | T | | | | | |
| 7. Coins | | None | J | T | | | | | |
| 8. Art | | None | K | W | | | | | |
| 9. BANK OF AMERICA SAVINGS ACCOUNT | A | Int./Div. | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. Vanguard Health Care Fund, Admin Personal Acct. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. E/ SCHWAB RETIREMENT IRA Pershing rollover to Rochedale (H) | | | | | | | | | |
| 14. KO | A | Dividend | J | T | | | | | |
| 15. DUK | A | Dividend | J | T | | | | | |
| 16. ES | A | Dividend | J | T | | | | | |
| 17. VZ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HTA | A | Dividend | J | T | | | | | |
| 19. MAA | A | Dividend | | | Sold | 08/23/17 | J | B | |
| 20. RIMOX | D | Dividend | M | T | Sold (part) | 05/31/17 | J | A | |
| 21. | | | | | Sold (part) | 11/08/17 | J | A | |
| 22. GSK | A | Dividend | | | Sold | 11/09/17 | J | A | |
| 23. LAMR | A | Dividend | J | T | | | | | |
| 24. MGA | A | Dividend | J | T | | | | | |
| 25. MO (Inadvertently reported as MA) | A | Dividend | | | Sold | 05/31/17 | J | A | |
| 26. PAYX | A | Dividend | J | T | | | | | |
| 27. PM | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 28. TWX | A | Dividend | J | T | | | | | |
| 29. DHR ++ | A | Dividend | J | T | | | | | |
| 30. FB | | None | J | T | Sold (part) | 08/23/17 | J | A | |
| 31. | | | | | Sold (part) | 09/08/17 | J | A | |
| 32. INTC | A | Dividend | J | T | Buy | 05/15/17 | J | | |
| 33. GPT | A | Dividend | J | T | | | | | |
| 34. HON | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JNJ | A | Dividend | J | T | | | | | |
| 36. LTC | A | Dividend | | | Sold | 05/05/17 | J | A | |
| 37. LMT | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 38. | | | | | Sold (part) | 11/02/17 | J | A | |
| 39. NNN | A | Dividend | J | T | | | | | |
| 40. SCG | | None | | | Sold | 05/05/17 | J | A | |
| 41. TMO | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 42. WMT | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 43. GOOGL | | None | J | T | Sold (part) | 05/31/17 | J | A | |
| 44. | | | | | Sold (part) | 09/08/17 | J | A | |
| 45. ADBE (inadvertently listed as ABDE in 2016) | | None | | | Sold | 08/31/17 | J | B | |
| 46. AWK | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 47. BGS | A | Dividend | J | T | | | | | |
| 48. CTAS | A | Dividend | J | T | Sold (part) | 08/23/17 | J | A | |
| 49. DHR | A | Dividend | J | T | | | | | |
| 50. EFX | | None | | | Sold (part) | 09/08/17 | J | A | |
| 51. | | | | | Sold | 09/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. XOM | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 53. PCG | | None | | | Sold (part) | 09/08/17 | J | A | |
| 54. | | | | | Sold | 10/18/17 | J | A | |
| 55. SLB | | None | | | Sold (part) | 05/26/17 | J | A | |
| 56. | | | | | Sold | 09/26/17 | J | A | |
| 57. UNH | | None | J | T | Sold (part) | 09/08/17 | J | A | |
| 58. AGR | A | Dividend | J | T | | | | | |
| 59. PGX | A | Dividend | J | T | | | | | |
| 60. WPC | A | Dividend | J | T | | | | | |
| 61. BLK | A | Dividend | | | Sold (part) | 05/26/17 | J | A | |
| 62. | | | | | Sold | 09/08/17 | J | A | |
| 63. D | A | Dividend | J | T | | | | | |
| 64. EPR | A | Dividend | J | T | | | | | |
| 65. NOC + | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 66. GIS | A | Dividend | J | T | | | | | |
| 67. VVC | | None | | | Sold | 05/05/17 | J | A | |
| 68. XEL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CINF | A | Dividend | J | T | | | | | |
| 70. NXPI | | None | | | Sold | 08/31/17 | J | A | |
| 71. AWK | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 72. TWX | A | Dividend | J | T | | | | | |
| 73. PNC | | None | | | Sold | 08/23/17 | J | | |
| 74. TBGVX | A | Dividend | K | T | Buy | 08/31/17 | J | | |
| 75. | | | | | Sold (part) | 11/08/17 | J | A | |
| 76. FBSOX* | | | | | | | | | |
| 77. Pershing Gov't Act. | A | Interest | J | T | | | | | |
| 78. Pershing Cash | A | Interest | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. M/RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 81. Pershing Gov't Account | A | Interest | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. M/IRA - | | | | | | | | | |
| 84. HCN | A | Dividend | J | T | | | | | |
| 85. VGR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TWX | A | Dividend | J | T | | | | | |
| 87. PHM | A | Dividend | J | T | | | | | |
| 88. MGA | A | Dividend | J | T | | | | | |
| 89. LPT | A | Dividend | J | T | | | | | |
| 90. EW | | None | J | T | | | | | |
| 91. CNSL | A | Dividend | J | T | | | | | |
| 92. AIG | | None | | | Sold | 02/16/17 | J | A | |
| 93. CME | A | Dividend | J | T | | | | | |
| 94. AAPL | | None | J | T | | | | | |
| 95. RIMOX | D | Dividend | K | T | Sold (part) | 08/23/17 | J | A | |
| 96. | | | | | Sold (part) | 09/11/17 | J | A | |
| 97. CMCSA (Inadvertently listed previously as MCSA) | A | Dividend | J | T | | | | | |
| 98. DIS | A | Dividend | J | T | | | | | |
| 99. ESS | A | Dividend | J | T | | | | | |
| 100. JPM | A | Dividend | J | T | | | | | |
| 101. MSFT | A | Dividend | J | T | | | | | |
| 102. SBUX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AAPL4336441 | A | Interest | J | T | | | | | |
| 104. DOW XS | A | Dividend | J | T | | | | | |
| 105. HD.GN | A | Dividend | J | T | | | | | |
| 106. VZ 4050437 | A | Interest | J | T | | | | | |
| 107. RDS.GH | A | Interest | J | T | | | | | |
| 108. MAA **** | | None | J | T | | | | | |
| 109. T | A | Dividend | J | T | | | | | |
| 110. CELG | | None | J | T | | | | | |
| 111. CL | A | Dividend | J | T | | | | | |
| 112. HD | A | Dividend | J | T | | | | | |
| 113. LLY | A | Dividend | J | T | | | | | |
| 114. PEP | A | Dividend | J | T | | | | | |
| 115. PG | A | Dividend | J | T | | | | | |
| 116. SIX | A | Dividend | J | T | | | | | |
| 117. GS 4102993 | A | Interest | J | T | | | | | |
| 118. MS 4270142 | A | Interest | J | T | | | | | |
| 119. BLK 4107682 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ORCL 4028187 | A | Interest | J | T | | | | | |
| 121. C ALY | A | Interest | J | T | | | | | |
| 122. COST | A | Dividend | J | T | | | | | |
| 123. PHM | A | Dividend | K | T | | | | | |
| 124. JPM JPF | A | Interest | K | T | | | | | |
| 125. T.KG | A | Interest | K | T | | | | | |
| 126. GE.HFA | A | Interest | | | Sold | 08/23/17 | K | A | |
| 127. BRK 3951474 | A | Interest | | | Sold | 08/23/17 | K | A | |
| 128. CMCS.HI | A | Interest | J | T | | | | | |
| 129. FISV | | None | | | Sold | 03/23/17 | J | A | |
| 130. BA | | None | J | T | | | | | |
| 131. EA | | None | J | T | Buy | 11/21/17 | J | | |
| 132. ZTS | A | Dividend | J | T | | | | | |
| 133. USB | A | Dividend | J | T | | | | | |
| 134. RTN | A | Dividend | J | T | | | | | |
| 135. MCD | A | Dividend | J | T | | | | | |
| 136. STI | A | Dividend | J | T | Buy | 02/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PXD | A | Dividend | | | Sold | 09/26/17 | J | A | |
| 138. VMC | A | Dividend | | | Buy (add'l) | 02/16/17 | J | | |
| 139. | | | | | Sold | 08/29/17 | J | A | |
| 140. DOW | A | Interest | J | T | | | | | |
| 141. BRK.B | | None | J | T | Buy (add'l) | 02/16/17 | J | | |
| 142. GS4102993 | | None | K | T | | | | | |
| 143. MS4270142 | | None | J | T | | | | | |
| 144. BAC 4090046 | A | Interest | J | T | | | | | |
| 145. TGT 4136096 | A | Interest | J | T | | | | | |
| 146. LUK 3683511 | A | Interest | J | T | | | | | |
| 147. PFE 3670301 | A | Interest | J | T | | | | | |
| 148. BUD 4327594 | A | Interest | J | T | | | | | |
| 149. Schwab Money Mkt transferred to Rochedale 3/22/16 | A | Interest | O | T | | | | | |
| 150. TBGVX | A | Dividend | L | T | Buy | 08/23/17 | K | | |
| 151. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 152. | | | | | Buy (add'l) | 09/01/17 | K | | |
| 153. TSN 3863817 *** | A | Interest | K | T | Buy | 05/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155.  SCHWAB JT ACCOUNT (H) | | | | | | | | | |
| 156.  British Petroleum | B | Dividend | K | T | | | | | |
| 157.  Ferrell - FGP | A | Distribution | J | T | Sold | 06/06/17 | J | A | |
| 158. | | | | | Buy | 08/09/17 | J | | |
| 159.  Minerva Neuro | | None | J | T | | | | | |
| 160.  SYN | | None | J | T | Buy | 05/18/17 | J | | |
| 161. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 162.  --Schwab Money Market Fund SWRXX | A | Interest | J | T | | | | | |
| 163.  --Schwab Invest Money Fund (Pers) SWZXX | A | Int./Div. | K | T | | | | | |
| 164.  SHPD | B | Int./Div. | L | T | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 03/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* FBSOX  This should have been removed in the 2016 report as I believe it was sold. I did not own it in 2017

\*\* Minerva Neuro - inadvertently omitted from 2016 report.  Buy J on 06/13/16: Buy (Adt'l) 9/19/16.  Column B - None; Column C J, T.

\*\*\* TSN 3863817 - inadvertently omitted from 2016 report.  Bought J on 6/13/16 and 9/19/16.

\*\*\*\* MAA - must have sold in 2016 as it was not owned in 2017

+ NOC - Should have been listed in 2016 - bought 7/18/16 "J"

++ DHR 2016 financial disclosure report listed a sale on 7/29/16.  Should have been listed as "partial sale" and Column C should have listed J, T.


RESPONSE TO LETTER OF INQUIRY -- In response to the letter of inquiry dated March 19, 2019, the entry of "HTN" in my 2016 Financial Disclosure Report, Part VII, line 208, was a clerical error.  "HTN" should not have been listed and the entries of line 208 would be for "RTN" listed one line above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544